NUMBER 13-05-193-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

MINERVA FONSECA,                                                        Appellant,

v.

ROSENDO PEREZ,                                                              Appellee.
_________________________________________________________

On appeal from the 28th District Court 
of Nueces County, Texas
_________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, MINERVA FONSECA, attempted to perfect an appeal from a
judgment entered by the 28th District Court of Nueces County, Texas, in cause
number 04-1317-A. Judgment in this cause was signed on November 11, 2004. A
timely motion for new trial was filed on November 30, 2004. Pursuant to Tex. R. App.
P. 26.1, appellant’s notice of appeal was due on February 9, 2005, but was not filed
until March 22, 2005. Appellant ‘s untimely motion to file late notice of appeal was
received in this Court on April 18, 2005. Appellee has filed a motion to dismiss the
appeal for want of jurisdiction and a response to appellant’s untimely motion to file late
notice of appeal.
         The Court, having examined and fully considered the documents on file, is of
the opinion that the appeal should be dismissed for want of jurisdiction. Appellant’s
untimely motion to file late notice of appeal is DISMISSED. Appellee’s motion to
dismiss the appeal for want of jurisdiction is GRANTED, and the appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 5th day of May, 2005.